ings did not contain a certificate of the chamberlain that the amount of the award had been deposited with him, the papers were irregular.

[Ed. Note.—For other cases, see Eminent Domain, Dec. Dig. § 160.*]

In the matter of the application of the City of New York, relative to lands, etc., on Fifty-Ninth Street, between the East River and Avenue A, for bridge purposes. Heard on motion of Garrett Barry, as administrator, for an order directing the chamberlain of the city of New York to pay over the award. Motion denied, with leave to renew.

Argued before INGRAHAM, P. J., and McLAUGHLIN, SCOTT, CLARKE, and DOWLING, JJ.

Joseph H. Fargis, for petitioner.
Archibald R. Watson, Corp. Counsel, for the City.

PER CURIAM. Notice of this application must be given to all those who appear from the record to be entitled to any part of this award, which would include the other heirs at law or next of kin of Dugan, to whom the award was made, and the mortgagees, who are entitled to receive a portion of the proceeds. The papers are irregular, in not containing a certificate of the chamberlain that the amount of the award has been deposited with him.

BEUGGER v. RUBINO.

(Supreme Court, Appellate Division, First Department. May 27, 1910.)

PLEADING (§ 265*)—REPLY TO AMENDED ANSWER—ORDER THEREFOR.

An order directing a reply to new matter in an amended answer should require as a condition that the case retain its place on the calendar as of the present date of issue and be tried when reached without further notice.

[Ed. Note.—For other cases, see Pleading, Cent. Dig. § 806; Dec. Dig. § 265.*]

Appeal from Special Term, New York County.

Action by Johannes A. Beugger against Henry A. Rubino. From an order directing a reply to new matter in an amended answer, plaintiff appeals. Modified and affirmed.

Argued before INGRAHAM, P. J., and McLAUGHLIN, SCOTT, CLARKE, and DOWLING, JJ.

Norman B. Becker, for appellant.
Edward W. Hatch, for respondent.

PER CURIAM. The order should be modified, by requiring, as a condition of ordering the reply, that the case retain its place on the calendar as of the present date of issue, and be tried when reached without further notice of trial, and, as so modified, the order should be affirmed, with $10 costs and disbursements to the respondent.

*For other cases see same topic & § NUMBER in Dec. & Am. Digs. 1907 to date, & Rep'r Indexes